UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA *et al.*,<br><br>    Defendants. | Civil Action No.06-442 (HHK) |

**CONSENT MOTION TO ENLARGE TIME IN WHICH TO ANSWER
OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and LCvR 7.1 (m), the District of Columbia and Officer Leonard Raccatto ("defendants")[1] move this Court for an Order enlarging the time in which these defendants may answer or otherwise respond to the First Amended Complaint by twenty (20) calendar days or up to and including June 6, 2006.[2] As grounds for this motion, defendants represent that Officer Raccatto was not served until, Thursday, May 11, 2006 and met with undersigned counsel only yesterday, Monday, May 15, 2006. The responsive pleading for the District of Columbia is due today, May 16, 2006. This extension would allow both defendants to file a response at the same time and provide for additional time to collect information and gather reports before answering or otherwise responding to the complaint in this matter. A memorandum of points and authorities accompanies this motion, along with a proposed order for this Court's consideration.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General of the District of Columbia

---

[1] The Metropolitan Police Department is *non sui juris* and therefore not a proper party.
[2] The Memorial Day Holiday falls within the requested twenty days.

GEORGE C. VALENTINE
 Deputy Attorney General


s/Richard S. Love
RICHARD S. LOVE [340-455]
Chief, Equity I


s/Martha J. Mullen
MARTHA J. MULLEN [419036]
Senior Assistant Attorney General
Office of the Attorney General -DC
441 Fourth Street, NW
Sixth Floor South
Washington, D.C.  20001
(202) 724-6612

**Filed:  May 16, 2006**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA *et al.*,<br><br>Defendants. | Civil Action No.06-442 (HHK) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF CONSENT MOTION TO ENLARGE THE TIME IN WHICH TO
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

1. The record herein.

2. Fed.R.Civ.P. 6(b) and LCvR 7.1(m)

3. The inherent powers of the Court.

4. Granting this motion will not interfere with the fair and efficient administration of justice or prejudice any party.

**CONCLUSION**

For good cause shown, this motion should be granted.

                                          Respectfully submitted,

                                          ROBERT J. SPAGNOLETTI
                                          Attorney General of the District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General


                                          s/Richard S. Love
                                          RICHARD S. LOVE [340-455]
                                          Chief, Equity I

        s/Richard S. Love
        MARTHA J. MULLEN [419036]
        Senior Litigation Counsel, Equity I
        Office of the Attorney General -DC
        441 Fourth Street, NW
        Sixth Floor South
        Washington, D.C.  20001
        (202) 724-6612

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA *et al.*,<br><br>    Defendants. | Civil Action No.06-442 (HHK) |

**ORDER**

UPON CONSIDERATION of defendants' consent motion to enlarge the time in which to answer or otherwise respond to the First Amended Complaint, memorandum of points and authorities thereto, the entire record herein, and for good cause shown it is by the Court this _____ day of _____, 2006, hereby

**ORDERED** that said motion is granted and defendants District of Columbia and Officer Racatto may answer or otherwise respond to the First Amended Complaint up to and including June 6, 2006.

**SO ORDERED.**

_____
HENRY H. KENNEDY
United States District Judge