## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GREGORY HERNANDEZ, : : Plaintiff, : Civil Action 06-442 (HHK) : v. : : DISTRICT OF COLUMBIA, et al., : : Defendants. :

_____

## ANSWER OF DEFENDANTS THE DISTRICT
## OF COLUMBIA AND OFFICER LEONARD ROCCATO
## TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants respond to the allegations of the complaint with particularity and in like-numbered paragraphs as follows:

### PARTIES AND JURISDICTION

1. Defendants lack sufficient information to admit or deny the allegations contained in these paragraphs and therefore, deny same and strict proof thereof is demanded.

2. The allegation in this paragraph is admitted.

3. Defendants admit that Officer Leonard Roccato is a member of the Metropolitan Police Force. Defendants lack sufficient information to admit or deny the remaining allegations contained in this paragraph and therefore, deny same and strict proof thereof is demanded.

4. Defendants admit that on June 2, 2005, the District of Columbia Government Office of Risk Management received a letter regarding Mr. Hernandez's claim, which purports to satisfy the requirements of D.C. Official Code § 12-309.

5. Defendants acknowledges the existence of 42 U.S.C. §§ 1331, 1332, 1343, DC Official Code §§ 11-91and 13-423, and 28 U.S.C. § 1391, but deny that jurisdiction is necessarily conveyed thereby or that venue is proper as to all parties.

6, 7, and 8.  Defendants lack sufficient information to admit or deny the allegations contained in these paragraphs and therefore, deny same and strict proof thereof is demanded.

9-12.  The allegations in these paragraphs are denied.

13. Defendants lack sufficient information to admit or deny the allegations contained in these paragraphs and therefore, deny same and strict proof thereof is demanded.

14-15.   The allegations in these paragraphs are denied.

16. To the extent defendants understand this allegation, it is denied.

17. The allegations in this paragraph are denied.

18- 20. Defendants lack sufficient information to admit or deny the allegations contained in these paragraphs and therefore, deny same and strict proof thereof is demanded.

21- 22. The allegations in these paragraphs are the legal conclusions of the pleader and as such no answer is required.  To the extent an answer is required, the allegations are denied and strict proof thereof is demanded.

## COUNT 1

23. Defendants adopt and incorporate the answers to every allegation contained in paragraphs 1 through 22 as if fully set forth herein.

24- 29. The allegations in these paragraphs are the legal conclusions of the pleader and as such no answer is required.  To the extent an answer is required, the allegations are denied and strict proof thereof is demanded.

2

## COUNT 2

30.  Defendants adopt and incorporate the answers to every allegation contained in paragraphs 1 through 29 as if fully set forth herein.

31- 62. The allegations in these paragraphs are the legal conclusions of the pleader and as such no answer is required.  To the extent an answer is required, the allegations are denied and strict proof thereof is demanded.

## COUNT 3

63.  Defendants adopt and incorporate the answers to every allegation contained in paragraphs 1 through 62 as if fully set forth herein.

64- 71. The allegations in these paragraphs are the legal conclusions of the pleader and as such no answer is required.  To the extent an answer is required, the allegations are denied and strict proof thereof is demanded.

## COUNT 4

72. Defendants adopt and incorporate the answers to every allegation contained in paragraphs 1 through 71 as if fully set forth herein.

73- 80. The allegations in these paragraphs are the legal conclusions of the pleader and as such no answer is required.  To the extent an answer is required, the allegations are denied and strict proof thereof is demanded.

## COUNT 5

81. Defendants adopt and incorporate the answers to every allegation contained in paragraphs 1 through 89 as if fully set forth herein.

82- 89. The allegations in these paragraphs are the legal conclusions of the pleader and as such no answer is required.  To the extent an answer is required, the allegations are denied and strict proof thereof is demanded.

## COUNT 6

90. Defendants adopt and incorporate the answers to every allegation contained in paragraphs 1 through 89 as if fully set forth herein.

91- 96. The allegations in these paragraphs are the legal conclusions of the pleader and as such no answer is required.  To the extent an answer is required, the allegations are denied and strict proof thereof is demanded.

## COUNT 7

97. Defendants adopt and incorporate the answers to every allegation contained in paragraphs 1 through 96 as if fully set forth herein.

98- 111. The allegations in these paragraphs are the legal conclusions of the pleader and as such no answer is required.  To the extent an answer is required, the allegations are denied and strict proof thereof is demanded.

## COUNT 8

112. Defendants adopt and incorporate the answers to every allegation contained in paragraphs 1 through 112 as if fully set forth herein.

113- 122. The allegations in these paragraphs are the legal conclusions of the pleader and as such no answer is required.  To the extent an answer is required, the allegations are denied and strict proof thereof is demanded.

## COUNT 9

123. Defendants adopt and incorporate the answers to every allegation contained in

4

paragraphs 1 through 122 as if fully set forth herein.

124- 134. The allegations in these paragraphs are the legal conclusions of the pleader and as such no answer is required.  To the extent an answer is required, the allegations are denied and strict proof thereof is demanded.

## COUNT 10

135. Defendants adopt and incorporate the answers to every allegation contained in paragraphs 1 through 134 as if fully set forth herein.

136-137. The allegations in these paragraphs are the legal conclusions of the pleader and as such no answer is required.  To the extent an answer is required, the allegations are denied and strict proof thereof is demanded.

## REQUEST FOR RELIEF

This paragraph is plaintiff's request for relief and as such no answer is required.  To the extent an answer is required, the relief sought should be denied.

By way of further answer, any allegation herein not specifically admitted by defendants is denied. Defendants reserve the right to amend its Answer or add defenses which may become apparent in discovery.

### First Defense

The complaint fails to state a claim upon which relief can be granted.

### Second Defense

The actions of defendant's employees were taken in good faith, or with probable cause, and/or with a reasonable good faith belief in their lawfulness.

### Third Defense

5

The actions of defendant's agents, servants and/or employees were reasonably necessary to affect and maintain an arrest and/or to enforce the laws, statutes and/or regulations of the United States and/or the District of Columbia.

## Fourth Defense

If plaintiff was injured as alleged in the complaint, then said injuries were caused by plaintiff's criminal behavior and/or his attempt to resist arrest.

## Fifth Defense

If plaintiff was injured as alleged, such injuries and damages were the result of plaintiff's sole or contributory negligence and/or assumption of the risk.

## Sixth Defense

Defendants are protected by the doctrine of qualified immunity.

## Seventh Defense

As a matter of law, punitive damages may not be had against the District of Columbia.


Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


s/Richard S. Love
RICHARD S. LOVE [340455]
Chief, Equity I

s/Martha J. Mullen
MARTHA J. MULLEN [419036]
Senior Assistant Attorney General
Office of the Attorney General - DC
441 Fourth Street, NW, Sixth Floor South
Washington, D.C.  20001
(202) 724-6612

**FILED:  JUNE 6, 2006**