UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HERNANDEZ : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No.: 1:06v00442 (HHK) |
| : | |
| THE DISTRICT OF COLUMBIA, *et. al.* : | |
| : | |
| Defendants. : | |
| : | |

## JOINT RULE 16.3 STATEMENT

Pursuant to Local Rule 16.3, the parties file this Joint Statement.

1. The parties agree that the case is not likely to be disposed of by dispositive motion at this time. The parties do not anticipate the filing of any dispositive motions in advance of discovery.

2. The parties do not anticipate the need to amend the pleadings or add parties, but counsel submit that should such action be necessary, it will be accomplished within 60 days of the entry of a scheduling order.

3. Plaintiff consents to the assignment of the case to a Magistrate Judge for all purposes. Defendants do not consent to the assignment of this case to a Magistrate Judge for all purposes.

4. At this time it is unclear if there is a reasonable possibility of reaching a settlement of the claims in this action.

5. The parties agree that the case could benefit from mediation with a Magistrate Judge.

6. Defendant believes that, upon completion of discovery, some claims will be appropriate for a dispositive motion. Plaintiff does not believe this case can be determined by dispositive motion.

7.     The parties agree to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

8.     The parties request 180 days to complete discovery (Track Three), and the Federal Rules of Civil Procedure and Local Rules shall govern the extent of discovery.

9.     Plaintiff will make available any expert reports pursuant to Fed. R. Civ. P. 26(a)(2) within 90 days of the beginning of the discovery period. Defendant shall provide any expert reports within 60 days of service of plaintiff's expert report(s).

10.    Local Rule 16.3(c)(10), which applies to class actions, is not applicable to this action.

11.    The parties do not wish to bifurcate or manage in phases any remaining issues at this time.

12.    Defendant requests that a pretrial date be set at the close of discovery. Plaintiff asks that a pretrial conference be set at the initial scheduling conference and it could take place as early as 45 days before trial.

13.    Defendant believes that a trial date should be set at the pretrial conference. Plaintiff believes a trial date should be set at the scheduling conference.

## PLAINTIFF'S STATEMENT OF THE CASE

Plaintiff brings common law claims and causes of action under 42 U.S.C. § 1983 against the District of Columbia and its agents. On March 12, 2005, within the scope of his employment, Metropolitan Police Department Officer Roccato struck Plaintiff, fracturing his skull. Defendant Roccato and others arrested Plaintiff and later induced a witness to provide a false statement to support their misconduct. The violations of Plaintiff's constitutional rights were the product of certain policies, customs, practices and/or deliberate indifference by Defendant District of Columbia.

**DEFENDANTS' STATEMENT OF THE CASE**

Defendants deny any alleged misconduct by members of the Metropolitan Police Department and deny that any such alleged misconduct was the product of defendants' policies, customs, practices and/or deliberate indifference.

                                                Respectfully submitted,

| | |
|---|---|
| STEVEN J. McCOOL | MARTHA J. MULLEN |
| Fed Bar No. 429369 | Fed Bar No. 419036 |
| MALLON & McCOOL. LLC | Senior Assistant Attorney General |
| 1776 K Street, NW Ste 200 | Office of the Attorney General-DC |
| Washington, DC 20006 | 441 Fourth Street, NW, Sixth Floor South |
| (202)293-3499 | Washington, DC 20001 |
| | (202)724-6612 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HERNANDEZ : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> THE DISTRICT OF COLUMBIA, *et. al.* : <br> : <br> Defendants. : <br> _____ : | Civil Action No.: 1:06v00442 (HHK) |

## **SCHEDULING ORDER**

Upon consideration of the Parties' Joint Rule 16.3 Statement, the following schedule shall govern this civil action.

The Court shall refer this matter to a Magistrate Judge for mediation.

Any amendments to the pleadings shall be made with any appropriate motions within 60 days of the entry of this order.

The initial disclosures ordinarily required by Fed. R. Civ. P. 26(a)(1) shall be dispensed with.

Discovery shall be commenced and completed within 180 days.

Plaintiff will make available any expert reports pursuant to Fed. R. Civ. P. 26(a)(2) within 90 days of the beginning of the discovery period. Defendant shall provide any expert reports within 60 days of service of plaintiff's expert report(s).

The trial in this matter shall commence on _____, at _____ a.m./p.m.

    A pretrial conference shall take place on _____ at _____ a.m./p.m.

 

_____
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE

cc:

STEVEN J. McCOOL
Fed Bar No. 429369
MALLON & McCOOL. LLC
1776 K Street, NW Ste 200
Washington, DC 20006
(202)293-3499

MARTHA J. MULLEN
Fed Bar No. 419036
Senior Assistant Attorney General
Office of the Attorney General-DC
441 Fourth Street, NW, Sixth Floor South
Washington, DC 20001
(202)724-6612