UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HERNANDEZ　　　　　　　　　: | |
| : | |
| Plaintiff,　　　　　　: | |
| : | |
| v.　　　　　　　　　　　　　　　: | Civil Action No.: 1:06v00442 |
| : | The Honorable Henry H. Kennedy, Jr. |
| THE DISTRICT OF COLUMBIA, *et. al.*　: | |
| : | |
| Defendants.　　　　: | |

## ENTRY OF APPEARANCE

Plaintiff, Gregory Hernandez by and through undersigned counsel, hereby moves this honorable Court to enter the appearance of Daniel T. McNamara, Esquire to represent him in the above-captioned case.

　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　DANIEL T. McNAMARA
　　　　　　　　　　　　　　Fed. Bar No. 494834
　　　　　　　　　　　　　　MALLON & McCOOL, LLC
　　　　　　　　　　　　　　1776 K Street, N.W., Suite 200
　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　(202) 393-7088

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th of August, a copy of the foregoing entry of appearance was served by electronic court filing system to:

MARTHA J. MULLEN
Fed Bar No. 419036
Senior Assistant Attorney General
Office of the Attorney General-DC
441 Fourth Street, NW, Sixth Floor South
Washington, DC 20001

_____
DANIEL T. McNAMARA