UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY HERNANDEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA, et al.,**<br><br>Defendants. | Civil Action 06-00442<br>(HHK) |

### ORDER REFERRING ACTION TO A UNITED STATES MAGISTRATE JUDGE FOR THE PURPOSE OF MEDIATION

It is this 10th day of August, 2006, hereby

**ORDERED** that the above captioned case be and is hereby referred to United States Magistrate Judge John Facciola for the purpose of conducting mediation proceedings to commence on or about November 10. 2006, and conclude by January 10, 2007.

Henry H. Kennedy, Jr.<br>
United States District Judge