UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> THE DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Case No. 1:06CV00442 (HHK)(PLF) |

## APPEARANCES OF COUNSEL

The Clerk of the Court will kindly enter the appearances of Carla L. Leader and Thomas L. Koger as counsel for defendant District of Columbia.

> Respectfully submitted,
>
> ROBERT J. SPAGNOLETTI
> Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division
>
> /s/ Richard S. Love
> RICHARD S. LOVE [340455]
> Chief, Equity Section I
>
> s/ Carla L. Leader
> CARLA L. LEADER [473968]
> Assistant Attorney General
>
> /s/Thomas L. Koger
> THOMAS L. KOGER [427921]
> Senior Assistant Attorney General
> 441 Fourth Street, NW, 6th Floor South
> Washington, DC 20001
> (202) 724-6623; (202) 724-6610
> (202) 727-3625 (fax)
> E-mail: Carla.Leader@dc.gov
> Thomas.Koger@dg.gov
> Attorneys for Defendant
> District of Columbia