UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:   Civ. Action No. 06-0811<br>:   (HHK)(JMF)<br>:<br>:<br>:<br>:<br>: |

NOTICE OF SUBSTITUTION OF COUNSEL
FOR DEFENDANT LEONARD ROCCATO

    The Clerk will kindly substitute Carla L. Leader and Thomas L. Koger for Martha J. Mullen as counsel for defendant Leonard Roccato

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        /s/ Richard S. Love
        RICHARD S. LOVE [340455]
        Chief, Equity Section I

        /s/ Martha J. Mullen
        MARTHA J. MULLEN [419036]
        Senior Assistant Attorney General

        /s/ Carla L. Leader
        Assistant Attorney General [473968]
        441 Fourth Street, NW, 6th Floor South
        Washington, DC 20001
        (202) 724-6623 (phone)
        (202) 727-3625 (fax)

/s/ Thomas L. Koger
THOMAS L. KOGER [427921]
Senior Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6623; 724-6610 (phone)
(202) 727-3625 (fax)
E-mail: Carla.Leader@dc.gov
            Thomas.Koger@dc.gov

Attorneys for Defendant Leonard Roccato