UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GREGORY HERNANDEZ, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06-00442 (HHK) |
| THE DISTRICT OF COLUMBIA, et al., | * | |
| Defendants. | * | |

**DEFENDANTS' CONSENT MOTION FOR A PROTECTIVE ORDER**

Now come the Defendants District of Columbia and Officer Leonard Roccato ("the Defendants"), by and through undersigned counsel, and move this Honorable Court to enter a protective order restricting the use of certain information released throughout the discovery process in this litigation. Plaintiff's counsel has consented to this motion. As grounds therefore, the District states:

1. The plaintiffs have requested certain confidential information and documents throughout discovery which are contained in the personnel files of District of Columbia employees. These documents are protected under D.C. Code §1-632.1 et seq. (1981 ed.) and applicable regulations and privacy rights.

2. Any confidential information or documents obtained through discovery should be used only as necessary to represent the parties' interests in this litigation and for no other purpose unless so ordered by this Court or agreed to among counsel in writing.

3. Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Court may order that discovery be provided "on such terms and conditions as are just."

4. As such, the District moves this Court to enter a protective order restricting the use of any information obtained in this litigation, that pertains to employees of the District of Columbia who are not parties to this action. The District requests that the plaintiffs and their counsel be ordered to limit their use of this information to this litigation, and prohibit the release of this information to any outside person or entity not involved in this litigation.

A Memorandum of Points and Authorities in support of this Motion, along with a proposed Order, are attached hereto. Plaintiff's counsel has consented to the relief requested in this Motion.

Respectfully Submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Chief, Equity I Section
Office of the Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431


/s/ Thomas L. Koger
THOMAS L. KOGER, D.C. Bar No. 427921
Senior Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6610
Facsimile: (202) 727-3625
thomas.koger@dc.gov

/s/ Carla L. Leader
CARLA L. LEADER, D.C. Bar No. 437968
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6623
Facsimile: (202) 727-0431
carla.leader@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GREGORY HERNANDEZ, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06-00442 (HHK) |
| THE DISTRICT OF COLUMBIA, et al., | * | |
| Defendants. | * | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' CONSENT MOTION FOR A PROTECTIVE ORDER**

Now come the Defendants District of Columbia and Officer Leonard Roccato ("the Defendants"), by and through undersigned counsel, and move this Honorable Court to enter a protective order restricting the use of certain information released throughout the discovery process in this litigation. Authority for this Motion is as follows:

1. Fed. R. Civ. P. 26(c).

2. The Court's equitable powers.

3. The facts set forth in the foregoing Motion.

4. The record herein.

    Respectfully Submitted,

    EUGENE A. ADAMS
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFFROS, D.C. Bar No. 250746
Chief, Equity I Section
Office of the Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431


/s/ Thomas L. Koger
THOMAS L. KOGER, D.C. Bar No. 427921
Senior Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6610
Facsimile: (202) 727-3625
thomas.koger@dc.gov

/s/ Carla L. Leader
CARLA L. LEADER, D.C. Bar No. 437968
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6623
Facsimile: (202) 727-0431
carla.leader@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GREGORY HERNANDEZ, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 06-00442 (HHK) |
| | * | |
| THE DISTRICT OF COLUMBIA, et al., | * | |
| | * | |
| Defendants. | * | |

**ORDER**

Upon consideration of the Defendants' Consent Motion for a Protective Order, the response thereto and the record herein, it is by the Court this _____ day of _____, 2006

**ORDERED**, that all information derived from the personnel files, disciplinary files, complaint investigative files, reports and dispositions, produced for inspection in this matter shall be used only for this litigation, and shall be returned (including all copies) to counsel for the District of Columbia within ten (10) days of the conclusion of all proceedings (including any appeals) or within five days (5) after any settlement of this case; and it is

**FURTHER ORDERED** that no party shall make any disclosure to anyone of the protected documents, or information released, pursuant to this Order, except for the sole purpose of this litigation, and any recipients of the said documents, or information, shall be required to sign in the space provided in this Order which affirms that they have read, understood, and agree to the terms of this Order, and it is,

**FURTHER ORDERED,** that any violation of this Order will subject the violators(s) to contempt proceedings before this Court, and it is,

**FURTHER ORDERED**, that any information derived from any document subject to the Order herein, which is later included in any pleadings, motions, or other court papers shall be filed under seal, and it is,

**FURTHER ORDERED** that this Order has retroactive application to any documents produced by the parties in this matter prior to this Order being lodged with this Court, and it is,

**FURTHER ORDERED** that this Order shall survive the termination of this action and shall continue in full force and effect unless waived by written consent of the parties.

**SO ORDERED.**

_____
JUDGE, United States District Court
for the District of Columbia

Cc:

Carla Leader, Esq.
Assistant Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

Steven J. McCool
Daniel Thomas McNamara
MALLON & MCOOL, LLC
16 South Calvert Street
Suite 1002
Baltimore, MD  21202