UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HERNANDEZ, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 06-00442 (HHK) |
| THE DISTRICT OF COLUMBIA, et al., | * |
| Defendants. | * |

**ORDER**

Upon consideration of the Defendants' Consent Motion for a Protective and the record herein, it is by the court this 27th day of December, 2006

**ORDERED**, that all information derived from the personnel files, disciplinary files, complaint investigative files, reports and dispositions, produced for inspection in this matter shall be used only for this litigation, and shall be returned (including all copies) to counsel for the District of Columbia within ten (10) days of the conclusion of all proceedings (including any appeals) or within five days (5) after any settlement of this case; and it is

**FURTHER ORDERED** that no party shall make any disclosure to anyone of the protected documents, or information released, pursuant to this Order, except for the sole purpose of this litigation, and any recipients of the said documents, or information, shall be required to sign in the space provided in this Order which affirms that they have read, understood, and agree to the terms of this Order, and it is,

**FURTHER ORDERED,** that any violation of this Order will subject the violators(s) to contempt proceedings before this Court, and it is,

**FURTHER ORDERED**, that any information derived from any document subject to the Order herein, which is later included in any pleadings, motions, or other court papers shall be filed under seal, and it is,

**FURTHER ORDERED** that this Order has retroactive application to any documents produced by the parties in this matter prior to this Order being lodged with this Court, and it is,

**FURTHER ORDERED** that this Order shall survive the termination of this action and shall continue in full force and effect unless waived by written consent of the parties.

**SO ORDERED.**

                                    Henry H. Kennedy, Jr.
                                    United States District Judge