## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY HERNANDEZ, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 06-00442 (HHK) |
| THE DISTRICT OF COLUMBIA, et al., | * |
| Defendants. | * |

### STIPULATION OF DISMISSAL

Plaintiff and Defendants by and through their respective, duly authorized, undersigned counsel, hereby stipulate to the dismissal of this civil action with prejudice as settled, with each side to bear its own costs, including attorney's fees.

Respectfully submitted,

| | |
|---|---|
| EUGENE A. ADAMS | s/ Steven J. McCool |
| Acting Attorney General for the District of Columbia | STEVEN J. MCCOOL [     ] |
| | 1776 K Street, N.W. |
| GEORGE C. VALENTINE | Suite 200 |
| Deputy Attorney General | Washington, DC 20006 |
| Civil Litigation Division | (202) 393-7088 |
| | |
| /s/ Ellen A. Efros | Counsel for Plaintiff |
| ELLEN A. EFROS [250746] | |
| Chief, Equity Section I | |

/s/Thomas L. Koger
THOMAS L. KOGER [427921]
Senior Assistant Attorney General

s/ Carla L. Leader
CARLA L. LEADER [473968]
Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6623; (202) 724-6610
(202) 727-3625 (fax)

Attorneys for Defendants
District of Columbia and Leonard Roccato